UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AISHA PANKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:11-cv-00427-PMP-LRL |
| v. | ) |
| | ) |
| R. EVANS, | ) |
| | ) |
| Defendant. | ) |

## REPORT & RECOMMENDATION

Plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Complaint pursuant to 42 U.S.C. § 1983 (#1) on March 22, 2011.  Upon granting her request to proceed *in forma pauperis*, this court screened the Complaint pursuant to 28 U.S.C. § 1915(a), finding that plaintiff had failed to set forth any particular facts or legal grounds for relief.  The court, therefore, dismissed the Complaint on June 7, 2011, and instructed plaintiff to amend the Complaint to cure the deficiencies listed by the court. Order (#2).  *See Cato v. United States,* 70 F.3d 1103, 1106 (9th Cir. 1985).  Plaintiff was warned that failure to adequately amend the Complaint by July 7, 2011, may result in dismissal.  To date, plaintiff has not filed an amended complaint or any other paper.

. . .

. . .

. . .

. . .

. . .

. . .

**RECOMMENDATION**

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that this case be dismissed with prejudice.

DATED this 11th day of July, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**