UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| AISHA PANKEY, | ) | 2:11-CV-00427-PMP-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| R. EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED that** the Report and Recommendation of the Honorable Lawrence R. Leavitt, United States Magistrate Judge (Doc. #4) is hereby **AFFIRMED**, and that this action is hereby **DISMISSED** with prejudice.

DATED:  July 29, 2011.

PHILIP M. PRO
United States District Judge